Other points made by defendant, including his alleged tender during the trial, are without prevailing merit.

As we cannot hold the verdict to be manifestly against the weight of the evidence, and as no reversible errors appear to have been committed on the trial, the judgment is affirmed.

*Affirmed.*

## City of Chicago, Defendant in Error, v. Peter Delich, Plaintiff in Error.

### Gen. No. 20,686.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH E. RYAN, Judge, presiding. Heard in this court at the October term, 1914. Reversed. Opinion filed June 10, 1915.

### Statement of the Case.

Action by City of Chicago, plaintiff, against Peter Delich, defendant, charging defendant with "resisting an officer" and "disorderly conduct" in violation of ordinances in regard thereto. On trial defendant was found guilty and fined seventy-five dollars. To reverse this judgment he prosecutes this writ of error.

The facts disclose that a police officer met defendant in the rear of his premises and asked him to open two shanties located there. They were opened by defendant and examined by the officer. Shortly thereafter three officers came to defendant's house and stated that they had heard he was killing sheep in the basement, to which defendant replied that this was not so. The officers stated that they had been sent to make an investigation. Defendant took them down into his base-

City of Chicago v. Delich, 193 Ill. App. 72.

ment, and after inspection they informed defendant that they found no evidence of any killing of sheep or cattle. That no indications of sheep killing were seen was testified to by the officers upon the trial. After this inspection in the basement, one of the officers informed the defendant that he was under arrest and attempted to put upon his hands a wrist chain, and the other officers seized his hands so as to bind them with the wrist chain. Defendant resisted this for three or four minutes, and then submitted quietly and walked up stairs and was taken to the police station in a patrol wagon.

R. F. KOMPARE, for plaintiff in error.

No appearance for defendant in error.

MR. JUSTICE MCSURELY delivered the opinion of the court.

## Abstract of the Decision.

1. ARREST, § 25*—*when arrest without warrant unauthorized.* The arrest of a person, without a warrant, on the charge of killing sheep in a basement is unauthorized, there being no statute forbidding such killing.

2. EVIDENCE, § 10*—*when Appellate Court will not take judicial notice of city ordinance.* The Appellate Court will not take judicial notice of city ordinances.

3. OBSTRUCTING JUSTICE, § 1*—*when evidence insufficient to support charge of resisting officer.* Evidence examined and *held* insufficient to support charge of resisting an officer.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.